# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILIP CHARVAT, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>BOLT ENERGY LLC and JOHN DOE CORPORATION,<br><br>        Defendants. | Case No. 2:20-cv-3417<br><br>Judge Graham<br>Magistrate Judge Vascura |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Philip Charvat hereby voluntarily dismisses his claims in the above-entitled action against Defendants with prejudice. Each party shall bear its own costs.

        Respectfully submitted,

        **/s/ Brian K. Murphy**
        Brian K. Murphy, Trial Attorney (0070654)
        Jonathan P. Misny (0090673)
        Murray Murphy Moul + Basil LLP
        1114 Dublin Road
        Columbus, OH  43215
        (614) 488-0400
        (614) 488-0401 facsimile
        murphy@mmmb.com
        misny@mmmb.com

        Anthony I. Paronich (admitted *pro hac vice*)
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF System, which will send notification of such filing to all counsel of record.

                                                **/s/ Brian K. Murphy**
                                                Brian K. Murphy